## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kevin Pine, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17 C 5716 ) |
| A Place For Mom, Inc., | ) Judge Rebecca R. Pallmeyer ) ) |
| Defendant. | ) |

## ORDER

    Pursuant to Stipulation, the above cause is transferred to the United States District Court for the Western District of Washington. Defendant's motion to stay [14] is withdrawn; ruling set for 11/6/2017 is stricken.

ENTER:

Dated: November 6, 2017

_____
REBECCA R. PALLMEYER
United States District Judge