UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

A PLACE FOR MOM INC., a Delaware corporation,

Defendant.

2:17-cv-01826-TSZ

MINUTE ORDER SETTING TRIAL AND RELATED DATES

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

| | |
|---|---|
| **JURY TRIAL DATE** | May 13, 2019 |
| Length of Trial | 5 days |
| Discovery on class certification issues completed by | April 23, 2018 |
| Any motions related to class certification must be filed by | June 21, 2018 |
| Deadline for joining additional parties | July 31, 2018 |
| Any motions for leave to amend pleadings filed by | August 16, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 4, 2018 |
| All motions related to discovery must be filed by | September 20, 2018 |

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 1

| | |
|---|---|
| All remaining discovery completed by | October 18, 2018 |
| All dispositive motions must be filed by | December 13, 2018 |
| All motions *in limine* must be filed by and noted for the third Friday thereafter; responses shall be due on the noting date; no reply shall be filed unless requested by the Court | March 28, 2019 |
| Agreed pretrial order due | April 26, 2019 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | April 26, 2019 |
| Pretrial conference to be held at **1:30 p.m.** on | May 3, 2019 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom the morning of the trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin

with the number 200.  Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

    Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

    Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER SETTING TRIAL AND RELATED DATES - 3