UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE,

        Plaintiff,

   v.

A PLACE FOR MOM, INC.,

        Defendant.

C17-1826 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Plaintiff's motion, docket no. 51, to strike Defendant's Motion to Dismiss is DENIED. Defendant's Motion to Dismiss, docket no. 50, was timely filed, is fully briefed, and is ripe for the Court's determination.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 5th day of March, 2018.

                                   William M. McCool
                                   Clerk

                                   s/Karen Dews
                                   Deputy Clerk

MINUTE ORDER - 1