UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE,

        Plaintiff,

v.

A PLACE FOR MOM INC.,

        Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Withdraw the Motion to Extend the Deadline to File Plaintiff's Motion for Class Certification Pursuant to LCR 23, docket no. 65, to which no opposition was filed, is GRANTED. The Motion to Extend the Deadline to File Plaintiff's Motion for Class Certification Pursuant to LCR 23, docket no. 52, is STRICKEN.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1