# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 17-cv-1826<br><br>**JOINT STIPULATION OF THE PARTIES AND ORDER TO EXTEND CERTAIN DEADLINES** |

Joint Stipulation and Order to Extend Certain Deadlines
CASE NO. 17-CV-1826
1539875.2

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059

1   Pursuant to Federal Rule of Civil Procedure 6, Plaintiff Kevin Pine ("Plaintiff") and Defendant A Place for Mom, Inc. ("Defendant") (collectively, the "Parties"), by their respective attorneys, hereby enter into this Stipulation to extend the time for Plaintiff to seek class certification based on the following facts:

WHEREAS, this class action lawsuit was filed by former named plaintiff Andrew Kim in the United States District Court for the Northern District of Illinois on August 7, 2017. *See* Dkt. 1. On December 5, 2017, this case was transferred to this Court. *See* Dkt. 34. On February 12, 2018, the parties served their initial discovery disclosures upon each other.

WHEREAS, on February 2, 2018, Plaintiff served interrogatories and requests for production of documents on Defendant. Defendant served its responses and objections to Plaintiff's interrogatories and requests for production on March 12, 2018, and supplemental responses and objections on March 30, 2018.

WHEREAS, the parties have held three telephonic conferences in order to meet and confer about Defendant's discovery responses. To date, Defendant has produced approximately 180 pages of additional documents in response to Plaintiff's discovery requests, but Defendant anticipates producing additional documents.

WHEREAS, on March 5, 2018 Defendant served interrogatories and requests for production on Plaintiff. Plaintiff served his discovery responses on Defendant on April 4, 2018. The parties met and conferred about these responses on April 10, 2018.

WHEREAS, Plaintiff served subpoenas on two vendors that performed services for Defendant. Defendant recently disclosed the existence of another vendor, which may require issuance of an additional subpoena.

WHEREAS, the parties each served deposition notices and are in the process of scheduling depositions for a time after relevant documents have been produced.

WHEREAS, on February 16, 2018, this Court entered an Order setting a schedule for discovery and trial. Dkt. 63. Under that schedule, class certification discovery is set to close on

Joint Stipulation and Order to Extend Certain Deadlines
Case No. 17-cv-1826
1539875.2

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059

April 23, 2018.  However, given the status of defendant's investigation into the remaining documents to be produced by Defendant, the pending non-party discovery, and the depositions that will occur after additional documents have been produced, Plaintiff and Defendant believe that a modest extension of the class certification discovery deadline would best facilitate the efficient prosecution of this action.

NOW THEREFORE, Plaintiff and Defendant hereby stipulate and respectfully request that:

1. The Court extend the deadline to complete discovery on class certification issues by eight (8) weeks, to June 18, 2018.

2. The Court extend the deadline to file any motions related to class certification by four (4) weeks to July 19, 2018.

It Is So Stipulated Through Counsel of Record,

| A PLACE FOR MOM, INC. | KEVIN PINE |
|---|---|
| By: /s/ *James F. Williams* <br> James F. Williams, WSBA #23613 | By: */s/ Sharon M. Lee* <br> Sharon M. Lee, WA Bar No. 37170 |
| **PERKINS COIE LLP** <br> James F. Williams, WSBA #23613 <br> Email:  JWilliams@perkinscoie.com <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Phone:  206.359.8000 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP <br> 2101 Fourth Avenue, Suite 1900 <br> Seattle, WA  98121 <br> Telephone:  (206) 739-9059 <br> Facsimile:  (415) 956-1008 <br> E-mail:  slee@lchb.com |
| **PERKINS COIE LLP** <br> James Snell <br> Email:  JSnell@perkinscoie.com <br> 3150 Porter Drive 134 <br> Palo Alto, CA 94304-1212 <br> Phone:  (650) 799-7949 | |

Joint Stipulation and Order to Extend Certain Deadlines
Case No. 17-cv-1826
1539875.2

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA  98121
Tel.  (206) 739-9059

| | |
|---|---|
| **PERKINS COIE LLP**<br>Debra Bernard<br>Email: dbernard@perkinscoie.com<br>131 S. Dearborn Street Suite 1700<br>Chicago, IL 60603<br>Phone: (312) 593-1774<br><br>*Attorneys for Defendant A Place for Mom, Inc.* | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Daniel M. Hutchinson<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>E-mail: dhutchinson@lchb.com<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Jonathan D. Selbin<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br>E-mail: jselbin@lchb.com<br><br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>John T. Spragens<br>222 2nd Ave S, Suite 1640<br>Nashville, TN 37201<br>Telephone: (615)313-9000<br>Facsimile: (615) 313-9965<br>E-mail: jspragens@lchb.com<br><br>KOZONIS LAW, LTD.<br>Gary M. Klinger<br>4849 N. Milwaukee Ave., Ste. 300<br>Chicago, Illinois 60630<br>Telephone: (312) 283-3814<br>Facsimile: (773) 496-8617<br>E-mail: gklinger@kozonislaw.com<br><br>*Counsel for Plaintiff and the Proposed Class* |

IT IS SO ORDERED.

Dated this 18th day of April, 2018.

_____
Thomas S. Zilly
United States District Judge

Joint Stipulation and Order to Extend Certain Deadlines
Case No. 17-cv-1826
1539875.2

-4-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059