UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 74, to strike plaintiff's response, docket no. 73, to defendant's notice of supplemental authority, docket no. 72, is DENIED.

(2) Defendant's motion to dismiss, docket no. 50, is RENOTED to June 15, 2018. On or before June 8, 2018, the parties shall file supplemental briefs, not to exceed ten (10) pages in length, concerning the effect, if any, of *ACA Int'l v. FCC*, 885 F.3d 687 (D.C. Cir. 2018), and subsequent decisions, in particular, *Herrick v. GoDaddy.com LLC*, 2018 WL 2229131 (D. Ariz. 2018); *Reyes v. BCA Fin. Servs., Inc.*, --- F. Supp. 3d ---, 2018 WL 2220417 (S.D. Fla. May 14, 2018); and *Marshall v. CBE Group, Inc.*, 2018 WL 1567852 (D. Nev. Mar. 30, 2018). Any responsive supplemental briefs shall not exceed eight (8) pages in length and shall be filed by the new noting date.

(3) Oral argument is SET for June 27, 2018, at 10:00 a.m.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1