UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having indicated a scheduling conflict on the date set for oral argument, the hearing scheduled for June 27, 2018, at 10:00 a.m., is STRICKEN. The Court will reset oral argument, if necessary, after further consideration of the pending motion to dismiss, docket no. 50.

(2) The parties' stipulated motion for a stay and other relief, docket no. 76, is GRANTED in part and DENIED in part, as follows:

(a) The Court ORDERS the parties to mediate by July 6, 2018.

(b) The schedule for supplemental briefing related to defendant's motion to dismiss shall remain in full force and effect. *See* Minute Order (docket no. 75). Defendant's motion, docket no. 50, is RENOTED to July 13, 2018.

(c) The deadline for completing discovery on class certification issues is EXTENDED to July 16, 2018, and the deadline for filing any motions related to class certification is EXTENDED to August 2, 2018.

MINUTE ORDER - 1

(d) All other dates and deadlines set forth in the Minute Order Setting Trial and Related Dates, docket no. 63, shall remain in full force and effect.

(e) On or before July 9, 2018, the parties shall file a Joint Status Report indicating whether they have reached a settlement in principle.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of June, 2018.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk