UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' third stipulated motion to extend certain deadlines, docket no. 80, is GRANTED as follows. The deadline for completing discovery on class certification issues is EXTENDED to August 6, 2018. The deadline for filing any motions related to class certification is EXTENDED to August 23, 2018. All other dates and deadlines set forth in the Minute Order Setting Trial and Related Dates, docket no. 63, and in the Minute Order entered June 7, 2018, docket no. 77, shall remain in full force and effect. The extensions granted herein, and/or any associated delay in resolving the issue of whether a class will be certified in this matter, shall not be grounds for the parties to seek extensions of any other dates or deadlines already set by the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of June, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1