THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 17-cv-1826<br><br>**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO SEAL PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL DEFENDANT TO PRODUCE RELEVANT DISCOVERY (Dkt. 96)**<br><br>**Noting Date: August 9, 2018** |

Joint Stipulated Motion
CASE NO. 17-CV-1826
1598430.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059

1    Pursuant to Local Rules 5(g)(2) and 10(g), and the Stipulated Protective Order entered in

2    this case (Docs. 68-69), Plaintiff Kevin Pine ("Plaintiff") and Defendant A Place for Mom, Inc.

3    ("Defendant") (collectively, the "Parties"), by their respective attorneys, hereby submit this Joint

4    Stipulated Motion to seal Plaintiff's previously filed Reply in Support of Motion to Compel

5    Defendant to Produce Relevant Discovery (Doc. 96) and replace it with a redacted version

6    attached hereto as Exhibit A:

7    WHEREAS, on August 3, 2018, Plaintiff filed his Reply in Support of Motion to Compel

8    Defendant to Produce Relevant Discovery (Doc. 96, hereafter the "Reply");

9    WHEREAS, Defendant contends the Reply contains confidential material that runs afoul

10   of the Stipulated Protective Order (Docs. 68-69); and

11   WHEREAS, in an effort to avoid unnecessary motion practice, the Parties have stipulated

12   that, as a substitute for the already-filed Reply, Plaintiff will submit a proposed redacted version

13   of the Reply for the public record for the Court's consideration and request that the Court seal

14   the already-filed Reply;

15   NOW THEREFORE, Plaintiff and Defendant hereby stipulate and respectfully request,

16   subject to Court approval, that:

17   1.    The Clerk of the Court seal Plaintiff's previously filed Reply in Support of

18   Motion to Compel Defendant to Produce Relevant Discovery (Doc. 96); and

19   2.    The Clerk of the Court replace the previously filed Reply in Support of Motion to

20   Compel Defendant to Produce Relevant Discovery (Doc. 96) with the redacted version of the

21   brief attached to this Motion as Exhibit A.

22   It Is So Stipulated Through Counsel of Record,

23

24

25

26

Joint Stipulated Motion
CASE NO. 17-CV-1826
1598430.1

-2-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059

| | |
|---|---|
| 1   A PLACE FOR MOM, INC. | KEVIN PINE |

By: /s/ *James F. Williams*
   James F. Williams, WSBA #23613
   **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
   Phone: 206.359.8000
   Email: JWilliams@perkinscoie.com

   **PERKINS COIE LLP**
   James Snell
   Email: JSnell@perkinscoie.com
   3150 Porter Drive 134
   Palo Alto, CA 94304-1212
   Phone: (650) 799-7949

*Attorneys for Defendant A Place for Mom, Inc.*

By: */s/ Gary M. Klinger*
   KOZONIS & KLINGER, LTD.
   Gary M. Klinger
   4849 N. Milwaukee Ave., Ste. 300
   Chicago, Illinois 60630
   Telephone: (312) 283-3814
   Facsimile: (773) 496-8617
   E-mail: gklinger@kozonislaw.com

   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   Sharon M. Lee, WA Bar No. 37170
   2101 Fourth Avenue, Suite 1900
   Seattle, WA 98121
   Telephone: (206) 739-9059
   Facsimile: (415) 956-1008
   E-mail: slee@lchb.com

   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   Daniel M. Hutchinson
   275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
   E-mail: dhutchinson@lchb.com

   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   Jonathan D. Selbin
   250 Hudson Street, 8th Floor
   New York, NY 10013
   Telephone: (212) 355-9500
   Facsimile: (212) 355-9592
   E-mail: jselbin@lchb.com

   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   John T. Spragens
   222 2nd Ave S, Suite 1640
   Nashville, TN 37201
   Telephone: (615)313-9000
   Facsimile: (615) 313-9965
   E-mail: jspragens@lchb.com

Joint Stipulated Motion
CASE NO. 17-CV-1826
1598430.1

-3-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059

| | |
|---|---|
| 1 | HUSSIN LAW FIRM |
| 2 | Tammy Hussin<br>1596 N. Coast Highway 101 |
| 3 | Encinitas, CA 92024<br>Telephone: (877) 677-5397 |
| 4 | Facsimile: (877) 667-1547<br>E-mail:  tammy@hussinlaw.com |

*Counsel for Plaintiff and the Proposed Class*

Joint Stipulated Motion
CASE NO. 17-CV-1826
1598430.1

-4-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA  98121
Tel.  (206) 739-9059

1  IT IS SO ORDERED.

2  Dated this ___ day of _____, 2018.

3

4                                            _____
                                             HON. THOMAS S. ZILLY
5                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Joint Stipulated Motion
CASE NO. 17-CV-1826                          -5-
1598430.1

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA  98121
Tel.  (206) 739-9059

## **CERTIFICATE OF SERVICE**

Gary M. Klinger, an attorney, hereby certifies that he caused a copy of the foregoing to be served on all counsel of record by electronically filing the document with the Clerk of Court using the ECF system this 9th day of August, 2018.

*s/ Gary M. Klinger*
Gary M. Klinger

Joint Stipulated Motion
CASE NO. 17-CV-1826
1598430.1

-6-

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2101 Fourth Avenue, Suite 1900
Seattle, WA 98121
Tel. (206) 739-9059