UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on
behalf of all others similarly situated,

          Plaintiff,

    v.

A PLACE FOR MOM, INC.,

          Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion to seal, docket no. 97, is GRANTED. Exhibits 2 and 4, docket nos. 98 and 99, respectively, to plaintiff's reply in support of his motion to compel discovery shall remain under seal.

(2) The parties' stipulated motion to seal, docket no. 101, is GRANTED as follows. Plaintiff's reply, docket no. 96, in support of his motion to compel discovery shall remain under seal. A redacted version of plaintiff's reply has been filed as Exhibit A, docket no. 101-1, to the parties' stipulated motion to seal.

(3) The parties' stipulated motion to extend certain deadlines, docket no. 95, is GRANTED in part. The deadlines for completing class-related discovery and for filing any motion related to class certification are STRICKEN and will be reset, if appropriate, after the Court rules on defendant's motion to dismiss, docket no. 50.

(4) Plaintiff's motion to compel discovery, docket no. 90, is STAYED pending a ruling on defendant's motion to dismiss, docket no. 50.

MINUTE ORDER - 1

(5) Defendant's motion to dismiss, docket no. 50, will be addressed separately.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of August, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk