UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on
behalf of all others similarly situated,

     Plaintiff,

  v.

A PLACE FOR MOM, INC.,

     Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued an opinion in _Marks v. Crunch San Diego, LLC_, --- F.3d. ---, 2018 WL 4495553 (9th Cir. Sep. 20, 2018), and the parties having filed a Joint Status Report, docket no. 108, within fourteen (14) days thereafter, as required by the Minute Order entered August 28, 2018, docket no. 107, the stay imposed in said Minute Order is hereby LIFTED, and this case is returned to the active docket.

(2) Plaintiff shall electronically file any amended complaint, as permitted by the Minute Order entered August 28, 2018, docket no. 107, within fourteen (14) days of the date of this Minute Order. Any responsive pleading or motion shall be filed within the time allowed by Federal Rule of Civil Procedure 15(a)(3).

(3) Discovery, including class-related discovery, remains stayed pending further order of the Court. The Court will issue a scheduling order, if appropriate, after reviewing defendant's responsive pleading or ruling on any responsive motion brought by defendant.

MINUTE ORDER - 1

1    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2    Dated this 11th day of October, 2018.

3

4                                        William M. McCool
                                         Clerk

5
                                         s/Karen Dews
6                                        Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2