UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC.,<br><br>Defendant. | C17-1826 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 113, defendant's motion to stay this matter pending action by the Federal Communications Commission or, in the alternative, to dismiss the Second Amended Complaint, docket no. 112, is RENOTED to November 30, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of November, 2018.

William M. McCool<br>
Clerk<br>
<br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1