UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC.,<br><br>Defendant. | C17-1826 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 116, plaintiff's response, docket no. 115, to defendant's motion to stay or dismiss is considered timely filed, and the deadline for defendant's reply in support of its motion is EXTENDED to Monday, December 3, 2018. Defendant's motion to stay or dismiss, docket no. 112, is RENOTED to December 7, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of November, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1