UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report, docket no. 125, submitted by the parties, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE (5 days)** | **May 18, 2020** |
|---|---|
| Deadline for mediation (the parties or the mediator shall advise the Court telephonically within 24 hours about the result of mediation) | May 22, 2019 |
| Discovery on class certification issues must be completed by | June 14, 2019 |
| Any motions related to class certification must be filed by | June 20, 2019 |
| Deadline for joining parties | August 1, 2019 |

MINUTE ORDER - 1

| Any motion for leave to amend pleadings must be filed by | August 1, 2019 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | September 6, 2019 |
| All motions related to discovery must be filed by | November 7, 2019 |
| All remaining discovery must be completed by | December 20, 2019 |
| Dispositive motions filing deadline (motions shall be noted, and any response and any reply shall be due, in accordance with LCR 7(d)(3)) | January 30, 2020 |
| Deadline for filing motions related to expert testimony (including, for example, any "Daubert" motions)[1] | February 6, 2020 |
| Motions in limine filing deadline | April 16, 2020 |
| Agreed Pretrial Order due[2] | April 30, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | April 30, 2020 |
| Pretrial conference | May 8, 2020 at 1:30 p.m. |

(2) Notwithstanding LCR 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. All other terms and conditions contained in the Minute Order Setting Trial Date and Related Dates, docket no. 63, shall remain in full force and effect.

---

[1] At the direction of the Court, a deadline for **all** motions related to expert witnesses has been added. Any such motion shall be noted on the motion calendar no later than the third Friday after filing (*see* LCR 7(d)).

[2] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

(3) Plaintiff's motion to compel discovery, docket no. 90, which was previously stayed, *see* Minute Order (docket no. 104), is NOTED for May 24, 2019, and will be decided, if appropriate, after mediation.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of May, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 3