THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>A PLACE FOR MOM, INC., a Delaware corporation,<br><br>  Defendant. | No. 17-cv-1826<br><br>JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 22, 2019** |

STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES
Case No. C17-01826 TSZ

144469383.1

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

1  Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiff Kevin Pine ("Plaintiff") and Defendant A Place for Mom, Inc. ("Defendant") (collectively, the "Parties"), by their respective attorneys, hereby submit this Joint Stipulated Motion to extend case deadlines based on the following facts:

WHEREAS, the Parties submitted a proposed pre-trial briefing schedule on May 6, 2019 (Dkt. 125);

WHEREAS, the Court issued a Minute Order on May 13, 2019 setting the trial date and related deadlines (Dkt. 126);

WHEREAS, motions related to class certification are due June 20, 2019 (Dkt. 126);

WHEREAS, oppositions to motions related to class certification are due July 8, 2019 (Dkt. 126; LCR 7(d)(3));

WHEREAS, replies in support of motions related to class certification are due July 12, 2019 (Dkt. 126; LCR 7(d)(3));

WHEREAS, lead defense counsel, James Snell, has family travel plans out of the country from June 15 through July 2, 2019 to celebrate a milestone family event (graduation), and will also be traveling July 5-19, 2019;

WHEREAS, Defendant's General Counsel, Camille Cleveland, is out of the country from June 3-19;

WHEREAS, these dates were discussed by the Parties and considered in the proposed scheduling order;

WHEREAS, the Parties respectfully request a modest continuance of the class certification briefs to accommodate the above travel;

WHEREAS, the Parties agree to extend the deadline to file a class certification motion until July 11, 2019;

WHEREAS, the Parties agree to extend Defendant's opposition deadline until July 29, 2019;

STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES
Case No. C17-01826 TSZ
144469383.1

Perkins Coie LLP
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

WHEREAS, the Parties agree to extend Plaintiff's reply deadline until August 5, 2019;

WHEREAS, the Parties agree that the revised noting date of the class certification motion would be extended until August 5, 2019;

NOW THEREFORE, Plaintiff and Defendant hereby stipulate and respectfully request, subject to Court approval, that:

The Court extend the dates as set forth below:

| Item | Current Date | Proposed Date |
|---|---|---|
| Any motions related to class certification must be filed by | June 20, 2019 | July 11, 2019 |
| Any response to motions related to class certification must be filed by | July 8, 2019 (Fourth-Friday motion pursuant to Civil L.R. 7(d)(3)) | July 29, 2019 |
| Any reply related to class certification must be filed by | July 12, 2019 (Fourth-Friday motion pursuant to Civil L.R. 7(d)(3)) | August 5, 2019 |
| Noting date for motions relating to class certification | July 12, 2019 (Fourth-Friday motion pursuant to Civil L.R. 7(d)(3)) | August 5, 2019 |

It Is So Stipulated Through Counsel of Record This 22nd Day of May, 2019.

A PLACE FOR MOM, INC.

By: /s/ James F. Williams
James F. Williams, WSBA #23613
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: JWilliams@perkinscoie.com

KEVIN PINE

By: /s/ Michael C. Subit
Michael C. Subit, WA Bar No. 29189
FRANIK FREED SUBIT & THOMAS LLP
705 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 682-6711
E-mail: msubit@frankfreed.com

STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES
Case No. C17-01826 TSZ
144469383.1

Perkins Coie LLP
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on May 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses indicated on the Court's Electronic Mail Notice List.

DATED: May 22, 2019

By: /s/ *James F. Williams*
James F. Williams, WSBA #23613
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Email: JWilliams@perkinscoie.com

STIPULATION & [PROPOSED] ORDER TO EXTEND DEADLINES
Case No. C17-01826 TSZ
144469383.1

**Perkins Coie LLP**
1201 Third Ave. Ste. 4900
Seattle, WA 98101
Tel: 206.359.8000
Fax: 206.359.9000