UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to extend deadlines, docket no. 130, is GRANTED in part and DENIED in part as follows:

(a) The following deadlines as EXTENDED as follows:

| Any motions related to class certification must be filed by[1] | July 11, 2019 |
|---|---|
| Deadline for joining parties | August 22, 2019 |
| Any motion for leave to amend pleadings must be filed by | August 22, 2019 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 27, 2019 |

---

[1] Any motions related to class certification that are timely filed on July 11, 2019, should be noted for consideration on August 2, 2019, not August 5, 2019. Responses and replies shall be filed by the deadlines set forth in Local Civil Rule 7(d)(3).

MINUTE ORDER - 1

(b) The stipulated motion is otherwise DENIED, and all dates and deadlines not inconsistent herewith set forth in the Minute Order entered May 13, 2019, docket no. 126, remain in full force and effect.[2]

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[2] In their stipulated motion, the parties omitted the deadline for completing discovery, which is December 20, 2019, and recited incorrect deadlines for filing dispositive motions, motions related to expert testimony, and motions in limine, which remain January 30, 2020, February 6, 2020, and April 16, 2020, respectively.