UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEVIN PINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A PLACE FOR MOM, INC.,<br><br>Defendant. | C17-1826 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having telephonically advised the Court that the parties have reached a settlement in principle, the trial date of May 18, 2020, and all related deadlines, including the deadline for defendant to produce certain discovery, *see* Minute Order (docket no. 132), are STRICKEN.

(2) Any motion for preliminary approval of class action settlement shall be filed by August 15, 2019.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of June, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1