UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for a status conference, docket no. 136, is GRANTED as follows. A telephonic conference is SCHEDULED for October 10, 2019, at 2:00 p.m. Counsel shall arrange a conference call amongst themselves and then contact the Court at (206) 370-8830.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of October, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1