UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered May 27, 2020, docket no. 151, the Court directed that notice by publication in this matter be completed by July 31, 2020. Counsel have since advised that, although publication for four consecutive weeks in *USA Today* and in the monthly magazines *Provider* and *McKnight's Long-Term Care News* can occur before July 31, 2020, the next issues of *McKnight's Senior Living* and *Today's Caregiver*, which are circulated bimonthly, will not be available to readers until August 15, 2020, and August 17, 2020, respectively. The Court therefore DIRECTS as follows:

(a) The deadline for completing publication in *USA Today*, *Provider*, and *McKnight's Long-Term Care News* shall remain July 31, 2020;

(b) The deadline for completing publication in *McKnight's Senior Living* and *Today's Caregiver* is EXTENDED to August 17, 2020;

(c) Any class member who receives notice of the proposed settlement solely via one or more of the publications identified in Paragraph 1(b), above, may seek an extension of time to opt out of the class or submit a written objection to

MINUTE ORDER - 1

the proposed class action settlement, provided that such extension request and an accompanying opt-out form or objection be submitted on or before September 15, 2020; and

    (d)    A copy of this Minute Order shall be available via the dedicated website maintained for this matter by the Settlement Administrator.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of June, 2020.

                              William M. McCool  
                              Clerk

                              s/Karen Dews  
                              Deputy Clerk

MINUTE ORDER - 2