# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KEVIN PINE, individually and on behalf of all others similarly situated

Plaintiff,

v.

A PLACE FOR MOM, INC.,

Defendant.

C17-1826 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Pursuant to General Order 13-20, and consistent with the goal of protecting community health, the final settlement approval hearing scheduled for Thursday, October 1, 2020, at 10:00 a.m., shall be conducted remotely via the ZoomGov.com platform.  A notice shall be posted at www.wawd.uscourts.gov/APlaceForMom concerning how the virtual proceedings may be accessed by counsel, the named parties, class members, and the public.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of September, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1